[683 NYS2d 882]

In the Matter of ROBERT J. PELLICANE, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, February 8, 1999

#### APPEARANCES OF COUNSEL

*Grace D. Moran,* Syosset (*Dianne M. Saccone* of counsel), for petitioner.

#### OPINION OF THE COURT

Per Curiam.

On September 15, 1998, the respondent was convicted in the County Court, Nassau County (Wexner, J.), of the crime of attempted grand larceny in the third degree, a class E felony.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred, and his name is stricken from the roll of attorneys and counselors-at-law, effective immediately.

MANGANO, P. J., BRACKEN, MILLER, O'BRIEN and RITTER, JJ., concur.

Ordered that pursuant to Judiciary Law § 90, effective immediately, the respondent, Robert J. Pellicane, is disbarred, and his name is stricken from the roll of attorneys and counselors-at-law; and it is further,

Ordered that the respondent shall comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, effective immediately, Robert J. Pellicane is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law.